*LETTER TO CLERK INCLUDED*

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF TEXAS
__PECOS ALPINE__ DIVISION

**FILED**

MAY 2 4 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

__DARRELL ROBERTS 1273928__
Plaintiff's Name and ID Number

__LYNAUGH UNIT Ft STOCKTON, TX. 79735__
Place of Confinement

**P16 CV 38**

CASE NO._____
(Clerk will assign the number)

v. __GLEN WHITFIELD & KIMBERLY GARZA IN CONCERT__   WARDEN & MAJOR
__1698 S. HWY 2037 Ft. STOCKTON, TX. 79735__
Defendant's Name and Address

__MILLIE FUENTEZ   FACILITY HEALTH ADMINISTRATOR__
__1098 So. HWY 2037 Ft STOCKTON, TX. 79735__
Defendant's Name and Address

__FLORINDA FIERRO   HEAD MAIL CLERK__
__1098 S. HWY 2037 Ft STOCKTON, TX. 79735__
Defendant's Name and Address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? X YES ___ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: SEPT. 2013
   2. Parties to previous lawsuit:
      Plaintiff(s) ROBERTS et. al.,
      Defendant(s) GLEN WHITFIELD et. al.,
   3. Court: (If federal, name the district; if state, name the county.) USDC PECOS TX.
   4. Cause number: PE-13-CV-00052-RAJ / PE-14-CV-00087-RAJ
   5. Name of judge to whom case was assigned: B. DWIGHT GOIANS
   6. Disposition: (Was the case dismissed, appealed, still pending?) VOLUNTARY DISMISSAL BY PLAINTIFF
   7. Approximate date of disposition: ? ?

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: LYNAUGH UNIT 1098 S. HWY 2037 Ft STOCKTON

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?  **X** YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

CT. HAS GRIEVANCES FROM PRIOR CASES

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: DARRELL ROBERTS AND SIMALRY SITUATED INMATES
1098 S. HWY 2037 FT. STOCKTON, TX. 79735 LYNAUGH UNIT PRISON

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: GLEN WHITFIELD = HEAD WARDEN, LYNAUGH UNIT PRISON 1098 So. HWY 2037 FT. STOCKTON, TX. 79735 PECOS, CO.,
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
DOES PERMIT VENIOUS CONSTITUTIONAL VIOLATIONS THAT HURT INMATES

Defendant #2: KIMBERLY GADZA = HEAD JAILER, LYNAUG UNIT PRISON 1098 So HWY 2037 FT. STOCKTON, TX. 79735 PECOS, CO.,
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
FOLLOWS ILLEGAL ORDERS OF GLEN WHITFIELD AND DIRECT THAT TO the STAFF

Defendant #3: FLORINDA FIERRO = HEAD MAIL CLERK 1098 S. HWY 2037 FT. STOCKTON, TX. 79735 PECOS, CO.,
See: BREWE vs WILKISON 3 F 3d 1 625-26
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
OPENS OUTGOING LEGAL MAIL A REMOVE DOCS. ie. COS etc... CAUSING INMATE HARM

Defendant #4: MILLIE FUENTEZ = FACILITY HEALTH ADMINISTRATOR 1098 S. HWY 2037 FT. STOCKTON, TX. 79735 PECOS, CO.,
SEE FARMER vs BRENAN 511 US AT 835
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
DENIES AND STALLS MEDICAL NECESITIES

Defendant #5: TDCJ HEALTH SERV. & PATRICIA CHAPA ASSIST REGION II DIR Step II MedGriev Prog. 2 Fin.Plaza #625 77340 / 965 OFTEE ST. BEEVILLE TX 78102
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
BOTH APPEL PROCESSES COVE UP CONSITUTIONAL VIOLATIONS

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

SINCE DEC 2012 DEFENDANTS HAVE BEEN AWARE OF PLAINTIFFS SERIOUS MEDICAL NEEDS AND PENDING LAW SUIT AS OF 2013 PLAINTIFF MEDICAL NEEDS ARE OF SUCH MAGNITUD THAT HE HAS BEEN RECOMDED SURGERY HAS UNNECESSARY SEIZURES AND ASTHMA ATTACKS EVEN COT McQUARY ONCE CALLED HIM AND THEN CELLIE GARZA TO STATE EMERGENCY CAY FOR MEDICAL ATTENTION WOULD BE MET INMATE HAS NOW BEEN GIVEN MAJOR DISCIPLINARY ACTION FOR COMPLAINING AND HAS BEEN THREANTENED WITH TRANSFER TO OTHER UNIT. HIS MAIL HAS WRONGFULLY BEEN RTS TO SENDER ADDRESSEE NOT FOUND WHEN ADDRESSEE IS AT SAME ADDRESS

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

HAVE CONSTITUTIONAL VIOLATION OF CRUEL AND UNUSUAL PUNISH STOP BY ANSWER ARE CRY FOR HELP.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Darrell Roberts

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ # 01273928 / FBI # 285 333 JA4

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? __X__ YES ____ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): USDC W. Dist
2. Case number: PE-14-cv-00087 RAJ
3. Approximate date sanctions were imposed: ? ?
4. Have the sanctions been lifted or otherwise satisfied? ____ YES __X__ NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed?   X YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): __CA 5__
2. Case number: __15-895__
3. Approximate date warning was issued: _____

Executed on: __5-16-16__
DATE

__DARRELL ROBERTS__
__Darl Rob   Pro-Se__
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __16TH__ day of __MAY__, 20__16__.
           (Day)              (month)                 (year)

__DARRELL Roberts__
__Darl Rob   Pro Se__
(Signature of Plaintiff)

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

United States District Court
Western District of Texas
Pecos/Alpine Division

1 of 1
5-20-16

In Re Darrell Robert
TDCJ 1273928

Cause: PE:16-cv-009
Jury Demand

## Letter To Clerk And Court

Dear Clerk: Please accept my apologies for hand writing this motion Lynaugh Unit Inmates have no access to type writer or type written sevice. As an indigent inmate I do not have supplies to serve defendants. This is my only copy, I pray you send me a courtesy copy. Included is a copy of a corrected original complaint §1983 with a complaint statement, an amendment to complaint, a summons, an IFP application with 6 month trust fund statement.

Please accept my Pro Se motion as true (FHA) stands for Facility Health Administrater. Included is one I-60 request to official with an eye doctors addresse who proved my eye treatment was denied when requested and then delayed. I'm a Vietnam era veteran who injured his eyes in the military and have been denied V.A. assistance by Lynaugh Unit.

Respectfully
Darrell Roberts 1273928 Dal Rob

P.S. I sent an I-60 threantening Millie Fuentez. She knew through a series of I-60s the threat involved a law suit which a inmate can not be punnished for. She defrauded a TDCJ Sgt. to have me punished.

Respectfully Submitted
Darrell Roberts 1273928 Lynaugh Unit
1098 S. Hwy 2037 Ft Stockton Tx 79735
Dal Rob  Pro-Se

In The United States District Court
Western District Texas
Pecos-Alpine Division         1 of  5-16-16

Darrell Roberts
Pro Se Plaintiff

vs.

Glen Whitfield, et.al.,
Defendants

Cause PE-16-CV-009
Jury Demand

## Summons

To The Above Named Defendants:

You Are Hereby Summoned And Required To Serve Upon Plaintiff Whos Address Is 1098 S. Hwy. 2037 Ft. Stockton, TX. 79735 Lynaugh Unit Prison. An Answer To The Complaint Which Is Herewith Served Upon You, Within 20 Days After Service, Or 60 Days If The U.S. Government Or Officer Agent Thereof Is A Defendant. If You Fail To Do So, Judgement By Default Will Be Taken Against You For The Relief Demanded In The Complaint.

## Prayer

It Is The Prayer Of Plaintiff Defendants Be Duly Served

## Certificate Of Service

I Darrell Roberts 1273928 Pro Se Do Hereby Certify That A True And Correct Copy Of Foregoing Has Be Endeavored On Defendants 5-16-16 By U.S. Mail Postage Prepaid : Addressed To :

Court Clerk - Lucious D. Bunton III
410 So. Cedar St. # 203
Pecos, TX. 79735

Name And Address Next Pg. 1

RESPECTFULLY SUBMITTED
Darrell Roberts #1273928  5-16-16
Lynaugh Unit
1098 So. Hwy. 2037
Ft. Stockton, TX. 79735

*Darrell Roberts* Pro-Se

2

United States District Court
Western District of Texas
Pecos-Alpine Division                              for  5-16-16

In Re Darrell Roberts
TDCJ 1223928
vs.
Glen Whitfield et. al.,

Cause No. PE:16-cv-009
Jury Demand

Motion To Amend Complaint As A Matter Of Law According To Fed. Rules Of Civil Proc. §15(a)(NA) And §19(a)(1)(A)

To Judge Of Said Court:

Plaintiff, Darrel Roberts Request Leave To File An Amended Complaint; And Amends As Follows:

Plaintiff, Wishes To Add A Party, Millie Fuentez. Plaintiff Named Glen Whitfield, Kimberly Garza, And Fernando Fierro In His Original Complaint. Since The Filing Of His Original Complaint He Wishes To Add FHA Millie Fuentez. Defendant Millie Fuentez Has Denied Plaintiff Right To Necessary Medical Care Violating His 8Th. Amend. Right And Did Put He On Notice, Hope Vs. Pelzer 122 S.Ct. 2508 And After Ignoring Inmate Was Given A "Fair Warning" 18 USCA §242 And U.S. v. Judge Lanier 117 S.Ct. 1219 And She Also Ignored That Warning. So Plaintiff Sent Her Another I-60 Request That He Going After Her. She Knew He Was Talking About The Law He Had Pending, PE:16-cv-009 But She Used That Statement To Retaliate By Defrauding A TDCJ Sgt. Saying She Felt Physically Threatened And Inmate Received A Disciplinary Case Which Did Affect His Time Earning Status, Ruining His Liberty Interest. Inmate Only Had Inmate As Witness But Inmate Are Considered Liars, Gobert Vs. Lee Co., 510 F. 3d. 1312 She Was Grossly Neglige TX C.P. & R. §40.001.

This Court Should Freely Grant This Motion According To Foman Vs. Davis 371 U.S. 178, 182.

Prayer

For All Reasons Mentioned Above Plain Prays The Court Grant Sought After Relief.

Respectfully Submitted
Darrell Roberts 1223928
Del Roberts pro se

CERTIFICATE OF SERVICE

I Darrell Roberts 1273928 Do Hereby Certify That A True And Correct Copy Of The Foregoing Has Been Sent To Defendant's Via U.S. Mail 2-16-16 Postage Prepaid: Addressed To:

Court Clerk: Lucious D Bolton III
410 So. Cedar St. #203
Pecos, Co., Ft. Stockton, TX. 79772

Respectfully Sumittid
Darrell Roberts 1273928 Lynaugh
1098 S. ███ Hwy 2037
Ft. Stockton, TX. 79735

Dal Rts  Pro-Se

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS/ALPINE DIVISION

10 of 5
2-15-16

DARRELL ROBERTS # TDCJ 1213928
PLAINTIFF

VS.

GLEN WHITFIELD, et.al.,
DEFENDANTS

No. PE-16-CV-009
JURY DEMAND

This Is A Civil Rights Action Authorized By 42 USC § 1983 To Redress The Deprivation, Under Color Of States Law, Of Rights Secured By The Constitution Of The United States. This Court Has Jurisdiction Under 28 USC §§ 1331 & 1343 (a)(3). Plaintiff Seeks Declaratory Relief Pursuant To 28 USC. §§ 2201 & 2202. Plaintiffs Claims For Injunctive Relief Are Authorized By 28 USC. §§ 2283 & 2284, And Rule # 65 Of The Federal Rules Of Civil Procedure.

The Western District Is An Appropiate Venue Under 28 USC §1391(b)(2) Because It Is Where The Event Giving Rise To This Claim Occured.

Plaintiff Darrell Roberts Is And Was At All Times Mentioned Herein A Prisoner In The State Of TX. In The Custody Of TX. Dept. Of Criminal Justice I.D., And Is Currently Housed At The Lynaugh Unit Prison Facility In Pecos, County At 1098 S. Hwy. 2037 Ft. Stockton, TX. 79735.

Defendant, Glen Whitfield Is The Warden-Superintendent Of Lynaugh Unit. He Is Legally Responsible For The Operation Of Lynaugh Unit, And For The Welfare Of All Inmates At Lynaugh Unit.

Defendant, Kimberly Garza Is A Corr. Officer Of The TDCJ Who At All Times Mentioned In This Complaint Held The Rank Of Major And Is Head Jailer And Assigned To Lynaugh Unit.

Each Defendant Is Sued Individually And In Their Official Capacity, And At All Times Mentioned In This Complaint Each Defendant Acted Under Color Of State Law.

Defendant Whitfield And Defendant Garza Had Been

CERTIFICATE OF SERVICE LAST PAGE

1

DEFENDANTS WERE

Made Aware Of Plaintiff Roberts Medical Condition Being Plaintiff Had Complaints As Far Back As Dec. 2012. It Was Known To Defendants Plaintiff Has Epilepsy And COPD And Both Are Very Serious And He Has Had Attacks That Have Sent Him To Unit Infirmary And Ft. Stockton Hospital To Include Unit Dental Clinic To Pull Teeth Do To Loosening For Seizures

Plaintiff Roberts Wrote An I-60 Request To Official Requesting Maintainance Check His In Cell Emergency Call Button To Make Sure It Was Working This Was In Dec. 2012 To Warden Joe Grimes He Was Told The Lie That It Needed A Part And He Personally Ordered It/Order # 407313006019.

After Plaintiff Roberts Felt The Symtems Of A Grand Mal Seizure Which Have Been Know To Kill. *He Felt Symtems* 15 Min. Before The Actual Seizure. He Pushed His Call Button. This Was In May 2013. He Got No Response. So He Filed A Step #1 Grievance To Redress This Problem. He Was Again Told Part Was Ordered And That Officers Do A Walk Around Every 30 Min., This To Was False.

So Plaintiff Filed Step #2 Grievance To Appeal This Answer. It Was Decided Matter Had Been Handled At Unit Level Leaving Plaintiff To Believe Some Kind Of Conspiracy Is Taking Place.

By The Time Time Plaintiff Had Filed Step #2 Grievance Maintainance Had Be exit To His Cell 3 Times, Cpt. Blackshere Once, Assist. Warden Bowers Once; After All Of This His Call Button Was Still Not Being Answered. Plaintiffs Daughter Called The OIG To Report This Matter, The OIG Gave The Lynaugh Unit 48 Hours To Fix Problem, Cpt. Mc Quary, Cpt. McQuary Called Roberts, And His Roommate, And Promised Button Would Work, And

2

Problem would not happen again. It did. So Plaintiff filed Case PE-13-CV-00052-RAJ Eventually He Was Told If He Voluntarily Dismissed Case It Would Not Happen Again He Dismissed Case. It Happen Again So He Started Case PE-14-CV-00087 But, Was First Told By Court Not To Refer To Prior Case. He Explained To Court, He Felt That Was An Injustice. Court Then Let Him Refer To Case PE-13-CV-00052-RAJ. As Soon As Case PE-14-CV-00087 Was Up For Summary Judgement Plaintiff Was Again Told If He Dismissed Them For Sure This Misconduct Would Not Happen Again. Plaintiff, Again Voluntarily Dismissed It Did Happen Again. So Plaintiff, Filed Instant Case. All These Cases Are Costing Plaintiff Money He Could Spend On His Grandkids.

This Instant Case Is Not Meant To Harass But, Correct A Long Over Due Problem That Could Have Been Fixed Years Ago. He Asks The Court To Incorporate Everything He Filed In Cause #'s PE-13-CV-00052-RAJ And PE-14-CV-00087-RAJ In Hopes That This Case Will Protect His Long Overdue Rights To The Constitutional Right Of Emergency Medical Care And Protect Him From Further Unnessary Abuses.

His 1st Amendment Right Has Also Been Violated By Defendants Incorporating Head Mail Clerk Fiona Fierro To Unlawfully Open His Federally Protected Legal Mail, And Removing His Important Papers Harming His Case, And Therefore Causing Him The Intentional Infliction Of Emotional Stress.

Included Are Facts Plaintiff Doesn't Know Personally But, Does Believe It To Be General Prison Knowledge Here At

3

Lynaugh its very common to have legal mail opened, personal mail withheld. Here at Lynaugh its become common practice to do what has happen to me; i.e. I was taken to SHU for complaining, my things were packed and brought to me. Some of my legal papers were missing which I can do nothing about. My keep safe was locked but missing the key, I only noticed this when I'd put my things away. When I tried to get it replaced, I was denied. Other people had complained or this, they were shiped off the unit.

I have a good faith basis for believing these things to be true.

Plaintiff has exhausted all his state remedies. He informally requested the problem go away through I-60 request. He requested through his Step #1 Grievance the misconduct discontinue. When he saw it would not. He appealed that decision to Huntsville, Tx. Kelli Ward Grievance Manager, Instead it went to Region IV Assistant Director Patricia Chapa at H.Q. Chase Compound 965 Oftie St. Beeville, TX. 78102 In Step #1 Plaintiff presented the facts related to this complaint. His appeal to that Step #1 was a lame excuse to cover a wrong.

These 1st, 5th, 8th, 14th Amendment violations should not be over they could happen to you. They should not be permitted, are wrong according to clear binding law. A serious due process violation, and are cruel and unusual.

The Plaintiff has no other remedie at law to address these wrongs. Plaintiff, has been, and will continue to be irreparably injured by these constitutional violations unless the court grant declaratory or injunctive relief.

4

# PRAYER

WHEREFORE Plaintiff, Respectfully Prays That This Court Enter Judgement Granting Plaintiff Relief.

A Declaration That The Acts, And Omissions Described Herein Violated Plaintiffs Rights Under The Constitution, And Laws Of The U.S.

A Preliminary Injunction Ordering Defendants To Answer Emergency Cry For Help By Answering The Safe Prison's Panic Buttons In Cells. Compensatory Damages Of Dentures And A Slow Eating Pass, & $10.00 A Jury Trial On All Triable Issues Any Other Relief The Court Deems As Just, Proper, And Equitable

Respectfully Submitted
Darrell Roberts #1273928 Lynaugh Unit
1098 S Hwy 2037 Ft. Stockton, TX 79735

Del Rts  Pro-Se

## Certificate Of Service

I Darrell Roberts 1273928 Pro Se Do Hereby Certify That A True, And Correct Copy Of The Foregoing Has Been Delivered To Defendants By U.S. Mail, 5-16-16 Postage Prepaid.

Addressed To:

Court Clerk: Lucious D Button III
410 So. Cedar St. #203
Pecos, TX. 79772

Respectfully
Darrell Roberts 1273928

Del Rts  Pro Se

5

```
CSINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE              05/20/16
1N60/CE00029                  IN-FORMA-PAUPERIS DATA                      10:33:16
TDCJ#: 01273928 SID#: 06630035 LOCATION: JAMES LYNAUGH    INDIGENT DTE: 11/07/14
NAME: ROBERTS,DARRELL                     BEGINNING PERIOD: 11/01/15
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:           5.84 TOT HOLD AMT:        50.00 3MTH TOT DEP:          2.42
6MTH DEP:              5.14 6MTH AVG BAL:         3.12 6MTH AVG DEP:          0.86
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
04/16         5.84          0.00        01/16         3.42          0.00
03/16         5.84          2.42        12/15         3.42          2.72
02/16         3.42          0.00        11/15         0.70          0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Pecos_
ON THIS THE _26th_ DAY OF _May 2016_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _Lolita Carrasco_
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



Notary Public, State of Texas
My Commission Expires
08-23-2017
Notary Without Bond

RTS 1273928

UNIT
VY. 2037
N, TX 79735

RECEIVED
MAY 24 2016
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY



SCREENED BY CSO MAY 24 2016

Court Clerk: Lucious D. Bunton III
410 South Cedar Street Room #203
Pecos, Texas 79772

7977253202 C001